IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE VIZCAINO, JR. | No. CIV.S-05-2645 GEB DAD PS |
| Plaintiff, | |
| v. | <u>FINDINGS AND RECOMMENDATIONS</u> |
| UNITED STATES DISTRICT COURT, DISTRICT OF CALIFORNIA | |
| Defendant. | |
| _____/ | |

By an order filed May 1, 2006, plaintiff, who is proceeding pro se, was ordered to show cause in writing within twenty days why this case should not be dismissed for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3). Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. As explained in that order, plaintiff's complaint consists of an unintelligible hodge-podge of more than 200 pages of documents. No basis for federal jurisdiction is alleged. Indeed, it appears that the court

1

1 lacks subject matter jurisdiction over this matter.  See Bell v.
2 Hood, 327 U.S. 678, 682 (recognizing that a claim is subject to
3 dismissal for want of jurisdiction where it is "wholly insubstantial
4 and frivolous" and "so patently without merit"); Hagans v. Levine,
5 415 U.S. 528, 543 (stating that a claim may be dismissed for lack of
6 jurisdiction where it is "so insubstantial, implausible, foreclosed
7 by prior decisions of this Court or otherwise completely devoid of
8 merit as not to involve a federal controversy within the jurisdiction
9 of the District Court").  The twenty-day period has now expired and
10 plaintiff has not responded to the court's order.

11           Accordingly, IT IS HEREBY RECOMMENDED that this action be
12 dismissed.  See Franklin v. Murphy, 745 F.2d 1221, 1227 (9th Cir.
13 1984)("A paid complaint that is 'obviously frivolous' does not confer
14 federal subject matter jurisdiction and may be dismissed sua sponte
15 before service of process.")(citations omitted).

16           These findings and recommendations are submitted to the
17 United States District Judge assigned to the case, pursuant to the
18 provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being
19 served with these findings and recommendations, plaintiff may file
20 written objections with the court.  Such a document should be
21 captioned "Objections to Magistrate Judge's Findings and
22 Recommendations."  Plaintiff is advised that failure to file
23 objections within the specified time may waive the right to appeal
24 /////
25 /////
26 /////

2

he District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 6, 2006.

                                       DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE

DAD:lg
vizcaino2645.f&r.dism